FILED: 3/2/11

JS - 6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mario Contreras,<br><br>        Plaintiff,<br><br>    v.<br><br>First Magnus Financial Corp., et al.,<br><br>        Defendants. | CASE NO. CV 10-8008-GHK (PLAx)<br><br>JUDGMENT |

Pursuant to our February 15, 2011 and March 2, 2011 Orders, **IT IS HEREBY ADJUDGED** that Plaintiff Mario Contreras's ("Plaintiff") claims against Defendants First Magnus Financial Corp., Transunion Title & Escrow of California, Inc., ReconTrust Company NA, and Mortgage Electronic Registration Systems, Inc. are **DISMISSED**. Plaintiff shall take nothing by this Complaint.

**IT IS SO ORDERED**.

DATED: March 2, 2011

_____
GEORGE H. KING
United States District Judge